**B1 (Official Form 1) (1/08)**

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Adams, Ana C** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **7787** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1710 Harbor Lane**<br>**Aot 210**<br>**Crest Hill, IL**<br>ZIPCODE **60403** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address)<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9         Recognition of a Foreign<br>☐ Chapter 11        Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13        Recognition of a Foreign<br>                      Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."      ☐ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Adams, Ana C** |
|---|---|

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X  */s/ Nicolette Robovsky*            12/12/08<br>Signature of Attorney for Debtor(s)            Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (1/08)    Page 3

| | |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Adams, Ana C** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Ana C Adams**
Signature of Debtor                                                    **Ana C Adams**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)
**December 12, 2008**
Date

---

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney***

X **/s/ Nicolette Robovsky**
Signature of Attorney for Debtor(s)

**Nicolette Robovsky 6278336**
**Gleason & Gleason**
**77 W Washington, Ste 1218**
**Chicago, IL  60602**
**(312) 578-9530  Fax: (312) 578-9524**

**December 12, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

---

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**UNITED STATES BANKRUPTCY COURT**

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days before the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

#### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

#### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court  a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

X _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

**Adams, Ana C**
Printed Name(s) of Debtor(s)

X */s/ Ana C Adams*                     **12/12/2008**
Signature of Debtor                Date

Case No. (if known) _____

X _____
Signature of Joint Debtor (if any)        Date

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Adams, Ana C**
_____
Debtor(s)

Case No. _____
(If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL** 0.00 | |

(Report also on Summary of Schedules)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Adams, Ana C**

Debtor(s)

Case No. _____

(If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account w/ 5/3 Bank** | | 2,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Normal and necessary household goods, including but not limited to : TVs, chairs, tables, sofas, bedroom furniture, some kitchen appliances, costume jewelry less than $500 each piece** | | 1,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** | | 250.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life - through work - No cash surrender value** | | 0.00 |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **ESOP** | | 50.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

IN RE Adams, Ana C

Debtor(s)

Case No. _____

(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Chevy Malibu** | | **8,575.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) -- Cont.

IN RE **Adams, Ana C** _____
Debtor(s)                              Case No. _____
                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **11,875.00** |

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

IN RE **Adams, Ana C**
_____   Case No. _____
Debtor(s)                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Checking Account w/ 5/3 Bank** | **735 ILCS 5 §12-1001(b)** | **2,000.00** | **2,000.00** |
| **Normal and necessary household goods, including but not limited to : TVs, chairs, tables, sofas, bedroom furniture, some kitchen appliances, costume jewelry less than $500 each piece** | **735 ILCS 5 §12-1001(b)** | **1,000.00** | **1,000.00** |
| **Clothing** | **735 ILCS 5 §12-1001(a)** | **250.00** | **250.00** |
| **ESOP** | **735 ILCS 5 §12-1006(a)** | **50.00** | **50.00** |
| **2006 Chevy Malibu** | **735 ILCS 5 §12-1001(c)** | **2,400.00** | **8,575.00** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE <u>Adams, Ana C</u>                                                          Case No. _____
               Debtor(s)                                                                                     (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **154909768504**<br><br>**G M A C**<br>**15303 S 94th Ave**<br>**Orland Park, IL  60462** | | | **PMSI on Chevy Malibu 7/06**<br><br><br>VALUE $ **8,575.00** | | | | **9,249.00** | **674.00** |
| ACCOUNT NO. | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br>VALUE $ | | | | | |

<u>   0   </u> continuation sheets attached

|  | Subtotal<br>(Total of this page) | $ **9,249.00** | $ **674.00** |
|---|---|---|---|
|  | Total<br>(Use only on last page) | $ **9,249.00** | $ **674.00** |

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE Adams, Ana C _____    Case No. _____
      Debtor(s)                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE <u>Adams, Ana C</u>
        Debtor(s)                               Case No. _____
                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **10993** <br><br> **A-Tech Ambulance** <br> **PO Box 457** <br> **Wheeling, IL  60090-0457** | | | Medical/ Dental Bill | | | | 562.00 |
| ACCOUNT NO. **02SC160** <br><br> **All-State Insurance** <br> **PO Box 12055** <br> **Roanoke, VA  24022-2055** | | | judgment | | | | 1,091.00 |
| ACCOUNT NO. **24937** <br><br> **Anil K Khemani MD** <br> **3703 Doty Rd Unit 4** <br> **Woodstock, IL  60098-7517** | | | Medical/ Dental Bill | | | | 2,576.00 |
| ACCOUNT NO. **76928** <br><br> **Cardiac & Vascular Specialists** <br> **915 Center St Ste 2001** <br> **Elgin, IL  60120-2112** | | | Medical/ Dental Bill | | | | 973.00 |

    **3** continuation sheets attached

Subtotal (Total of this page) $ **5,202.00**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Adams, Ana C**                                                    Case No. _____
_____
            Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0258** <br><br> **Centegra Memorial Medical Center** <br> **PO Box 1990** <br> **Woodstock, IL  60098-1990** | | | **Medical/ Dental Bill** | | | | **1,557.75** |
| ACCOUNT NO. <br><br> **Centegra Health System** <br> **Payment Processing** <br> **Dept 8101-0020** <br> **Arrowsmith, IL  61722-0017** | | | **Assignee or other notification for:** <br> **Centegra Memorial Medical Center** | | | | |
| ACCOUNT NO. **47898** <br><br> **Centegra Primary Care** <br> **13707 W Jackson St** <br> **Woodstock, IL  60098-3141** | | | **Medical/ Dental Bill** | | | | **1,378.00** |
| ACCOUNT NO. **4375646506720** <br><br> **Dsnb Macys** <br> **9111 Duke Blvd** <br> **Mason, OH  45040** | | | **Revolving account opened 6/02** | | | | **640.00** |
| ACCOUNT NO. **183485** <br><br> **Fox Valley Laboratory Physicians** <br> **PO Box 5133** <br> **Chicago, IL  60680-5133** | | | **Medical/ Dental Bill** | | | | **150.00** |
| ACCOUNT NO. **154911712318** <br><br> **G M A C** <br> **15303 S 94th Ave** <br> **Orland Park, IL  60462** | | | **auto loan repossession deficiency** | | | | **9,267.00** |
| ACCOUNT NO. **771411021721** <br><br> **Gemb/sams Club** <br> **Po Box 981400** <br> **El Paso, TX  79998** | | | **Revolving account opened 10/03** | | | | **2,539.00** |

Sheet no. ___**1**___ of ___**3**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **15,531.75**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Adams, Ana C**_____    Case No. _____
         Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **534248000103** <br> **Hsbc Bank** <br> **Po Box 5253** <br> **Carol Stream, IL 60197** | | | Revolving account opened 8/07 | | | | 1,113.00 |
| ACCOUNT NO. <br> **James West Law Offices** <br> **11111 Harwin Dr** <br> **Houston, TX 77072** | | | Assignee or other notification for: <br> Hsbc Bank | | | | |
| ACCOUNT NO. **700119111801** <br> **Hsbc/bsbuy** <br> **Po Box 15519** <br> **Wilmington, DE 19850** | | | Revolving account opened 5/02 | | | | 2,355.00 |
| ACCOUNT NO. <br> **Lake McHenry Pathology Assoc** <br> **4201 W Medical Center Dr** <br> **McHenry, IL 60050** | | | Medical or Dental Bill | | | | 305.00 |
| ACCOUNT NO. **45068-QMRIG** <br> **Mchenry Radiologists Imaging Assocs** <br> **PO Box 220** <br> **McHenry, IL 60051-0220** | | | Medical/ Dental Bills | | | | 1,429.00 |
| ACCOUNT NO. **2585** <br> **Moraine Emergency Phys** <br> **PO Box 8759** <br> **Philadelphia, PA 19101-8759** | | | Medical/ Dental Bill | | | | 717.00 |
| ACCOUNT NO. **0009611655** <br> **Nordstrom Fsb** <br> **Po Box 6565** <br> **Englewood, CO 80155** | | | Revolving account opened 12/03 | | | | 3,404.00 |

Sheet no. __**2**__ of __**3**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **9,323.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Adams, Ana C__                                                    Case No. _____
           Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Sherman Hospital** <br> **934 Center St** <br> **Elgin, IL  60120-2125** | | | **Medical/ Dental Bill** | | | | **1,115.00** |
| ACCOUNT NO. **4352378367514201** <br> **Target Nb** <br> **Po Box 673** <br> **Minneapolis, MN  55440** | | | **Revolving account opened 11/02** | | | | **2,377.00** |
| ACCOUNT NO. <br> **TDK Family Medical Center** <br> **NEED ADDRESS** | | | **Medical/ Dental Bill** | | | | **240.00** |
| ACCOUNT NO. **1173** <br> **Von Maur** <br> **6565 Brady** <br> **Davenport, IA  52806** | | | **Revolving account opened 10/01** | | | | **479.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ____**3**____ of ____**3**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,211.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **34,267.75**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

IN RE <u>Adams, Ana C</u>                                                    Case No. _____
         Debtor(s)                                                                    (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Widow** | RELATIONSHIP(S): | | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Deli Clerk** | |
| Name of Employer | **Walmart** | |
| How long employed | **1 years and 6 months** | |
| Address of Employer | | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

|  | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ 1,967.33 | $ |
| 2. Estimated monthly overtime | $ | $ |
| **3. SUBTOTAL** | $ 1,967.33 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ 357.50 | $ |
| b. Insurance | $ | $ |
| c. Union dues | $ | $ |
| d. Other (specify) _____ | $ | $ |
| | $ | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 357.50 | $ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ 1,609.83 | $ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social Security or other government assistance (Specify) _____ | $ | $ |
| | $ | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income (Specify) _____ | $ | $ |
| | $ | $ |
| | $ | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ | $ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ 1,609.83 | $ |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)                $ 1,609.83

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

**IN RE** Adams, Ana C _____    Case No. _____
<span style="text-align:center">Debtor(s)</span>                                    (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,250.00 |
|    a. Are real estate taxes included?    Yes ____ No ✓ | |
|    b. Is property insurance included?   Yes ____ No ✓ | |
| 2. Utilities: | |
|    a. Electricity and heating fuel | $ 200.00 |
|    b. Water and sewer | $ |
|    c. Telephone | $ 50.00 |
|    d. Other | $ |
| | $ |
| 3. Home maintenance (repairs and upkeep) | $ |
| 4. Food | $ 300.00 |
| 5. Clothing | $ 50.00 |
| 6. Laundry and dry cleaning | $ 20.00 |
| 7. Medical and dental expenses | $ 20.00 |
| 8. Transportation (not including car payments) | $ 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ |
| 10. Charitable contributions | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ |
|    b. Life | $ |
|    c. Health | $ |
|    d. Auto | $ 90.00 |
|    e. Other | $ |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify) | $ |
| | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ 262.00 |
|    b. Other | $ |
| | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other | $ |
| | $ |
| | $ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.    $ 2,442.00

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ 1,609.83 |
|    b. Average monthly expenses from Line 18 above | $ 2,442.00 |
|    c. Monthly net income (a. minus b.) | $ -832.17 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE <u>Adams, Ana C</u>                                                    Case No. _____
_____
                    Debtor(s)                                                    (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**17** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **December 12, 2008** _____    Signature: _**/s/ Ana C Adams**_____
                                                                   **Ana C Adams**                                                   Debtor

Date: _____    Signature: _____
                                                                                                             (Joint Debtor, if any)
                                                                     [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____                _____
Signature of Bankruptcy Petition Preparer                                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

                                                                   _____
                                                                     (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (12/07)

**United States Bankruptcy Court**

**Northern District of Illinois**

IN RE:                                                                     Case No. _____

Adams, Ana C                                                          Chapter **7** _____
Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 9,000.00 | 2008 income from employment |
| 21,432.00 | 2007 income from employment |
| 20,000.00 | 2006 income from employment |

---

**2. Income other than from employment or operation of business**

None ☐    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 15,000.00 | 2008 Income from employer when husband died.  Used to pay funeral expenses, rent and security deposit at new apartment, car payments, utilities. |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☐ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| GMC | Last 3 months | 786.00 | 9,249.00 |

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Friend Friend | April 1, 2008 (Repayment of loan for funeral expenses) | 5,000.00 | 0.00 |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| GMAC PO Box 130424 Roseville, MN  55113-0004 | 2008 | 2003 Olds Alero |

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gleason & Gleason**<br>**77 W Washington, Ste 1218**<br>**Chicago, IL  60602** | **5/01/2008** | **351.00** |

**10. Other transfers**

None ☑  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑  List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☐  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **2889 Talaga Dr, Algonquin, IL  60102** | | |
| **3513 Oak Ave, 1st Floor, Brookfield, IL  60513** | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **December 12, 2008**          Signature   */s/ Ana C Adams*
                                      of Debtor                                    **Ana C Adams**

Date: _____          Signature _____
                                      of Joint Debtor
                                      (if any)

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

Adams, Ana C                                                      _____    Chapter **7** _____
                          Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 11,875.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 9,249.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $ 34,267.75 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 1,609.83 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 2,442.00 |
| TOTAL | | 15 | $ 11,875.00 | $ 43,516.75 | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 6 - Statistical Summary (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                Case No. _____

Adams, Ana C                                        _____        Chapter **7** _____
                              Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | **0.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 1,609.83 |
| Average Expenses (from Schedule J, Line 18) | $ | 2,442.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 1,967.33 |

**State the following:**

| | | | | |
|---|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ | 674.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 0.00 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ | 0.00 |
| 4. Total from Schedule F | | | $ | 34,267.75 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ | 34,941.75 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/08)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                    Case No. _____

**Adams, Ana C** _____    Chapter **7** _____
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

　　☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

　　☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

　　☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: **_/s/ Ana C Adams_** _____

Date: **December 12, 2008** _____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

**IN RE:**                                                              Case No. _____

**Adams, Ana C** _____     Chapter **7** _____

_____ Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**G M A C** | **Describe Property Securing Debt:**<br>**2006 Chevy Malibu** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**December 12, 2008**_____      /s/ **Ana C Adams** _____
                                             Signature of Debtor

                                             _____
                                             Signature of Joint Debtor

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                    Case No. _____

Adams, Ana C _____   Chapter **7**_____
                        Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____**22**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date: **December 12, 2008**_____   **/s/ Ana C Adams**_____
                                           Debtor


                                           _____
                                           Joint Debtor

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Adams, Ana C
1710 Harbor Lane
Aot 210
Crest Hill, IL  60403

Fox Valley Laboratory Physicians
PO Box 5133
Chicago, IL  60680-5133

Nordstrom Fsb
Po Box 6565
Englewood, CO  80155


Gleason & Gleason
77 W Washington, Ste 1218
Chicago, IL  60602

G M A C
15303 S 94th Ave
Orland Park, IL  60462

Sherman Hospital
934 Center St
Elgin, IL  60120-2125


A-Tech Ambulance
PO Box 457
Wheeling, IL  60090-0457

Gemb/sams Club
Po Box 981400
El Paso, TX  79998

Target Nb
Po Box 673
Minneapolis, MN  55440


All-State Insurance
PO Box 12055
Roanoke, VA  24022-2055

Hsbc Bank
Po Box 5253
Carol Stream, IL  60197

Von Maur
6565 Brady
Davenport, IA  52806


Anil K Khemani MD
3703 Doty Rd Unit 4
Woodstock, IL  60098-7517

Hsbc/bsbuy
Po Box 15519
Wilmington, DE  19850


Cardiac & Vascular Specialists
915 Center St Ste 2001
Elgin, IL  60120-2112

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA  19114-0326


Centegra Health System
Payment Processing
Dept 8101-0020
Arrowsmith, IL  61722-0017

James West Law Offices
11111 Harwin Dr
Houston, TX  77072


Centegra Memorial Medical Center
PO Box 1990
Woodstock, IL  60098-1990

Lake McHenry Pathology Assoc
4201 W Medical Center Dr
McHenry, IL  60050


Centegra Primary Care
13707 W Jackson St
Woodstock, IL  60098-3141

Mchenry Radiologists Imaging Assocs
PO Box 220
McHenry, IL  60051-0220


Dsnb Macys
9111 Duke Blvd
Mason, OH  45040

Moraine Emergency Phys
PO Box 8759
Philadelphia, PA  19101-8759

B6H (Official Form 6H) (12/07)

IN RE **Adams, Ana C**
_____        Case No. _____
_____
Debtor(s)                                                                                   (If known)

## SCHEDULE H - CODEBTORS

  Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Adams, Ana C**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                                          Case No. _____

Adams, Ana C                                                                         Chapter **7**_____
_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **676.00**

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **351.00**

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **325.00**

2.  The source of the compensation paid to me was:   ☑ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:   ☑ Debtor   ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.   [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

<table>
<tr><td align="center">CERTIFICATION</td></tr>
</table>

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____                    _____
        **December 12, 2008**                                                   **/s/ Nicolette Robovsky**
                Date                                                                     **Nicolette Robovsky 6278336**
                                                                                         **Gleason & Gleason**
                                                                                         **77 W Washington, Ste 1218**
                                                                                         **Chicago, IL  60602**
                                                                                         **(312) 578-9530  Fax: (312) 578-9524**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Form **1040A** | Department of the Treasury - Internal Revenue Service | | |
|---|---|---|---|
| | **U.S. Individual Income Tax Return** **2007** | | IRS Use Only - Do not write or staple in this space. |

**Label**
(See page 15.)

Use the IRS label.

Otherwise, please print or type.

ANA C ADAMS
3513 OAK AV
BROOKFIELD, IL 60513

OMB No. 1545-0074

Your social security number
~~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~~

Spouse's social security number
~~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~~

▲ You **must** enter your SSN(s) above. ▲

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 15)    ☐ **You**    ☐ **Spouse**

Checking a box below will not change your tax or refund.

**Filing status**
Check only one box.

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☒ Married filing separately. Enter spouse's SSN above & full name below.
  ▶ BRUCE ADAMS
4 ☐ Head of household (with qualifying person). (See page 16.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see page 17)

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not check** box 6a.

b ☐ **Spouse**

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✔ if qual. child for child tax cr. (see pg 18) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If more than six dependents, see page 18.

Boxes checked on 6a and 6b    1

No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 19)

Dependents on 6c not entered above

d    Total number of exemptions claimed.

Add numbers on lines above ▶    1

**Income**

Attach Form(s) W-2 here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 21.

Enclose, but do not attach, any payment.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 21,432. |
|---|---|---|---|
| 8a | Taxable interest. Attach Schedule 1 if required. | 8a | |
| b | Tax-exempt interest. Do not include on line 8a. | | |
| 9a | Ordinary dividends. Attach Schedule 1 if required. | 9a | |
| b | Qualified dividends (see page 22) | | |
| 10 | Capital gain distributions (see page 22) | 10 | |
| 11a | IRA distributions. 11a | 11b Taxable amount (see page 22) | 11b |
| 12a | Pensions and annuities. 12a | 12b Taxable amount (see page 23) | 12b |
| 13 | Unemployment compensation and Alaska Permanent Fund dividends. | 13 | |
| 14a | Social security benefits. 14a | 14b Taxable amount (see page 25) | 14b |
| 15 | Add lines 7 through 14b (far right column). This is your **total income.** | ▶ 15 | 21,432. |

**Adjusted gross income**

| 16 | Educator expenses (see page 26). | 16 | |
|---|---|---|---|
| 17 | IRA deduction (see page 27). | 17 | |
| 18 | Student loan interest deduction (see page 29). | 18 | |
| 19 | Tuition and fees deduction. Attach Form 8917. | 19 | |
| 20 | Add lines 16 through 19. These are your **total adjustments.** | 20 | |
| 21 | Subtract line 20 from line 15. This is your **adjusted gross income.** | ▶ 21 | 21,432. |

KBA    For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 74.

Form **1040A** (2007)

Form 1040A (2007)  ANA C ADAMS                                        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  Page 2

| | | | | |
|---|---|---|---|---|
| **Tax, credits, and payments** | 22 | Enter the amount from line 21 (adjusted gross income). | 22 | 21,432. |
| | 23a | Check if: ☐ You were born before January 2, 1943, ☐ Blind / ☐ Spouse was born before January 2, 1943, ☐ Blind   Total boxes checked ► 23a | | |
| **Standard Deduction for —** | b | If you are married filing separately and your spouse itemizes deductions, see page 30 and check here ► 23b ☐ | | |
| • People who checked any box on line 23a or 23b or who can be claimed as a dependent, see page 30. | 24 | Enter your standard deduction (see left margin). | 24 | 5,350. |
| | 25 | Subtract line 24 from line 22. If line 24 is more than line 22, enter -0-. | 25 | 16,082. |
| | 26 | If line 22 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 22 is over $117,300, see the worksheet on page 32. | 26 | 3,400. |
| • All others: Single or Married filing separately, $5,350 | 27 | Subtract line 26 from line 25. If line 26 is more than line 25, enter -0-. This is your **taxable income.** | 27 | 12,682. |
| Married filing jointly or Qualifying widow(er), $10,700 | 28 | **Tax,** including any alternative minimum tax (see page 30). ► | 28 | 1,510. |
| | 29 | Credit for child and dependent care expenses. Attach Schedule 2. | 29 | |
| Head of household, $7,850 | 30 | Credit for the elderly or the disabled. Attach Schedule 3. | 30 | |
| | 31 | Education credits. Attach Form 8863. | 31 | |
| | 32 | Child tax credit (see page 35). Attach Form 8901 if required. | 32 | |
| | 33 | Retirement savings contributions credit. Attach Form 8880. | 33 | |
| | 34 | Add lines 29 through 33. These are your **total credits.** | 34 | |
| | 35 | Subtract line 34 from line 28. If line 34 is more than line 28, enter -0-. | 35 | 1,510. |
| | 36 | Advance earned income credit payments from Form(s) W-2, box 9. | 36 | |
| | 37 | Add lines 35 and 36. This is your **total tax.** ► | 37 | 1,510. |
| | 38 | Federal income tax withheld from Forms W-2 and 1099. | 38 | 1,083. |
| | 39 | 2007 estimated tax payments and amount applied from 2006 return. | 39 | |
| If you have a qualifying child, attach Schedule EIC. | 40a | **Earned income credit (EIC).** | 40a | |
| | b | Nontaxable combat pay election. 40b | | |
| | 41 | Additional child tax credit. Attach Form 8812. | 41 | |
| | 42 | Add lines 38, 39, 40a, and 41. These are your **total payments.** ► | 42 | 1,083. |
| **Refund** | 43 | If line 42 is more than line 37, subtract line 37 from line 42. This is the amount you **overpaid.** ► | 43 | |
| Direct deposit? See page 52 and fill in 44b, 44c, and 44d or Form 8888. | 44a | Amount of line 43 you want refunded to you. If Form 8888 is attached, check here ► ☐ | 44a | |
| | ►b | Routing number | | |
| | | ►c Type: ☐ Checking ☐ Savings | | |
| | ►d | Account number | | |
| | 45 | Amount of line 43 you want applied to your **2008 estimated tax.** | 45 | |
| **Amount you owe** | 46 | **Amount you owe.** Subtract line 42 from line 37. For details on how to pay, see page 53. | 46 | 427. |
| | 47 | Estimated tax penalty (see page 53). | 47 | |

**Third party designee** — Do you want to allow another person to discuss this return with the IRS (see page 54)? ☒ Yes. Complete the following. ☐ No

Designee's name ► HR BLOCK   Phone no. ►(630) 858-1960  Personal ID number (PIN) ► 13450

**Sign here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

Joint return? See page 15. Keep a copy for your records.
Your signature: For Info Only-Do not file   Date   Your occupation SALES
Spouse's signature. If a joint return, both must sign. For Info Only-Do not file   Date   Spouse's occupation

**Paid preparer's use only**
Preparer's signature: [signature]   Date 4/7/2008   Check if self-employed ☐   Preparer's SSN or PTIN P00032039
Firm's name (or yours if self-employed), address, and ZIP code  H AND R BLOCK ENTERPRISES INC   EIN 43-1862223
OAK BROOK, IL 60523   Phone no.(630) 574-0390

Form 1040A (2007)

1040A (2007)
Form Software Copyright 1996 - 2008 H&R Block Tax Services, Inc.   FD1040A-2V 1.18

WAL★MART

**ANA C ADAMS**

XXXXXX7787

|  |  |  |  |  | FEDERAL TAX | 3358 | 22650 |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | SOCIAL SECURITY | 5954 | 34017 |
| REGULAR EARNING | 113500 | 7989 |  | 90675 | ILLINOIS | 2103 | 12183 |
| OVERTIME EARN |  |  |  | 00 | INS LIFE | 363 | 1894 |
| HOLIDAY PAY |  |  |  | 00 | 40029INS DEP LIFE | 294 | 1508 |
| CO STK CONT |  |  |  | 150 | 18149INS-STD+ | 175 | 875 |
| SUNDAY PREMIUM | 10000 | 1601 |  | 1601 | 1500INS STD | 895 | 5010 |
| WRKDHRS |  | 7989 |  |  | 4638INS LTD-HOURLY | 563 | 3152 |
| VAC HRS AVAIL |  | 602 |  |  | INS MED U * | 12140 | 60208 |
| SICK HRS AVAIL |  | 2925 |  |  | INS DEN U * | 625 | 3125 |
|  |  |  |  |  | INS AD&D U * | 62 | 315 |
|  |  |  |  |  | SUP CAN * | 835 | 4175 |
|  |  |  |  |  | SUP ACC * | 948 | 4740 |
|  |  |  |  |  | PERS HRS AVAIL | 1523 | 00 |
|  |  |  |  |  | CONS OTH DEDUC | 1303 | 11653 |
|  |  |  |  |  | CHECK DEPOSIT | 62808 | 357470 |

SAVE 10% ON EYEWEAR ALL YEAR AT VISION CENTERS & SAM'S OPTICAL

| 92426 | 11415 | 18203 | 62808 | 02-16-2008 | 122088457 | 62808 |
| 517225 | 68850 | 90905 | 357470 | 02-29-2008 | | |

---

SEG R058676

**ANA C ADAMS**

01WS   XXXXXX7787

|  |  |  |  |  | FEDERAL TAX | 9995 | 67940 |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | SOCIAL SECURITY | 6628 | 75253 |
| REGULAR EARNING | 113500 | 7237 |  | 82140 | ILLINOIS | 3599 | 31659 |
| OVERTIME EARN | 171252 | 11 |  | 188 | 979256INS LIFE | 363 | 4435 |
| OVERTIME/INCT |  |  |  |  | 41637INS DEP LIFE | 00 | 1655 |
| RETRO OVERTIME |  |  |  | 00 | 214INS-STD+ | 75 | 1450 |
| RETRO REG HRS |  |  |  | 00 | -1233INS STD | 894 | 10659 |
| MY★HARE INCT |  |  |  | 00 | -1452INS MED U * | 562 | 6706 |
| SICK   PAY |  |  |  | 00 | 32634INS DEN U * | 3600 | 89678 |
| HOLIDAY PAY | 113500 | 727 |  | 9080INS AD&D U * | 300 | 5388 |
| CO STK CONT |  |  | 8251 | 26400SUP CAN * | 32 | 554 |
| SUNDAY PREMIUM | 10000 | 1621 |  | 150 | 750SUP ACC * | 835 | 10020 |
| WRKDHRS |  | 1621 |  | 12377PERS HRS AVAIL | 948 | 11376 |
| VAC HRS AVAIL |  | 7248 |  |  | CO STK CONT | 1523 | 00 |
| SICK HRS AVAIL |  | 602 |  |  | CONS OTH DEDUC | 150 | 750 |
|  |  | 3226 |  |  | CHECK DEPOSIT | 1153 | 6224 |
|  |  |  |  |  |  | 63216 | 768916 |

| 92350 | 20222 | 8912 | 63216 | 05-24-2008 | 126927192 | 63216 |
| 1100713 | 174852 | 156945 | 768916 | 06-06-2008 | | |

---

SEG G018472

**ANA C ADAMS**

01WS   XXXXXX7787

|  |  |  |  |  | FEDERAL TAX | 10133 | 48405 |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | SOCIAL SECURITY | 6698 | 62230 |
| REGULAR EARNING | 113500 | 7953 |  | 90267 | ILLINOIS | 3626 | 24552 |
| OVERTIME EARN | 171257 | 72 |  | 1233 | 808053INS LIFE | 363 | 3709 |
| OVERTIME/INCT |  |  |  |  | 41398INS DEP LIFE | 00 | 1655 |
| RETRO REG HRS |  |  |  | 00 | 214INS-STD+ | 75 | 1300 |
| MY★HARE INCT |  |  |  | 00 | -1135INS STD | 903 | 8900 |
| SICK   PAY |  |  |  | 00 | 32634INS LTD-HOURLY | 568 | 5600 |
| HOLIDAY PAY |  |  |  | 00 | 9080INS MED U * | 3600 | 82478 |
| CO STK CONT |  |  |  | 150 | 18149INS DEN U * | 300 | 4788 |
| SUNDAY PREMIUM | 10000 | 1624 |  | 1624 | 450INS AD&D U * | 32 | 490 |
| WRKDHRS |  |  |  | 9155SUP CAN * | 835 | 8350 |
| VAC HRS AVAIL |  | 8025 |  |  | SUP ACC * | 948 | 9680 |
| SICK HRS AVAIL |  | 602 |  |  | PERS HRS AVAIL | 1523 | 00 |
|  |  | 2863 |  |  | CO STK CONT | 150 | 450 |
|  |  |  |  |  | CONS OTH DEDUC | 1153 | 3918 |
|  |  |  |  |  | CHECK DEPOSIT | 63890 | 644693 |

| 93274 | 20457 | 8927 | 63890 | 04-26-2008 | 125531465 | 63890 |
| 919048 | 155187 | 139168 | 644693 | 05-09-2008 | | |

SEG   Y017038

**WAL * MART**

ANA C ADAMS

01WS            FEDERAL TAX           9540      57945
XXXXXX7787  SOCIAL SECURITY   6395      68625
                 ILLINOIS              3508      28060

| DESCRIPTION | | | | | |
|---|---|---|---|---|---|
| REGULAR EARNING | 113500 | 7847 | 89063 | 897116INS LIFE | 363 | 4072 |
| OVERTIME EARN | 171258 | 03 | | 41449INS DEP LIFE | 00 | 1455 |
| OVERTIME/INCT | | | 51 | 214INS-STD+ | 75 | 1575 |
| RETRO OVERTIME | 171264 | -72 | -1233 | -1233INS STD | 865 | 9765 |
| RETRO REG HRS | 113500 | -28 | -317 | -1452INS LTD-HOURLY | 544 | 6144 |
| MY#HARE INCT | | | 00 | 32634INS MED U * | 3600 | 86078 |
| SICK   PAY | | | 00 | 9080INS DEN U * | 300 | 5088 |
| HOLIDAY PAY | | | 00 | 18149INS AD&D U * | 32 | 522 |
| CO STK CONT | | | 150 | 600SUP CAN * | 835 | 9185 |
| SUNDAY PREMIUM | 10000 | 1601 | | 10756SUP ACC * | 948 | 10428 |
| WRKDHRS | | 1601 | | PERS HRS AVAIL | 1523 | 00 |
| VAC HRS AVAIL | | 7850 | | CO STK CONT | 150 | 600 |
| SICK HRS AVAIL | | 602 | | CONS 0TH DEDUC | 1153 | 5071 |
| | | 3042 | | CHECK  DEPOSIT | 61007 | 705700 |

89315      19443      8865      61007      61007
1008363   154630   148033   705700   705700   05-10-2008  126225123   61007
05-25-2008

---

SEG

**WAL * MART**

ANA C ADAMS

01WS            FEDERAL TAX           6884      15441
XXXXXX7787  SOCIAL SECURITY   8419      21733
                 ILLINOIS              3071      7829

| DESCRIPTION | | | | | |
|---|---|---|---|---|---|
| REGULAR EARNING | 113500 | 8000 | 90800 | INS LIFE | 363 | 1168 |
| OVERTIME EARN | 170250 | 1323 | 22524 | 27224 INS DEP LIFE | 294 | 920 |
| OVERTIME EARN | 171132 | 607 | 10388 | INS-STD+ | 175 | 525 |
| HOLIDAY PAY | | | 00 | 34495 INS STD | 1208 | 3172 |
| CO STK CONT | | | 150 | 18149 INS LTD-HOURLY | 760 | 1996 |
| SUNDAY PREMIUM | 10000 | 812 | 812 | 1200 INS MED U * | 12140 | 35928 |
| WRKDHRS | | 9930 | | 2107 INS DEN U * | 625 | 1875 |
| VAC HRS AVAIL | | 602 | | INS AD&D U * | 62 | 191 |
| SICK HRS AVAIL | | 2549 | | SUP CAN * | 835 | 2505 |
| | | | | SUP ACC * | 948 | 2844 |
| | | | | PERS HRS AVAIL | 1523 | 00 |
| | | | | CO STK CONT | 150 | 1200 |
| | | | | STOCK  PURCH | 1000 | 8000 |
| | | | | CHECK  DEPOSIT | 87740 | 227865 |

124674   18374   18560   87740   87740
327442   45003   54574   227865   227865   01-19-2008   120734613   87740
02-01-2008

---

S20  4055739

**WAL * MART**

ANA C ADAMS

01WS            FEDERAL TAX           3369      8557
XXXXXX7787  SOCIAL SECURITY   5961      13314
                 ILLINOIS              2106      4758

| DESCRIPTION | | | | | |
|---|---|---|---|---|---|
| REGULAR EARNING | 113500 | 8000 | 90800 | INS LIFE | 363 | 805 |
| OVERTIME EARN | 170250 | 93 | 1583 | 18144 INS DEP LIFE | 294 | 626 |
| HOLIDAY PAY | | | 00 | 1583 INS-STD+ | 175 | 350 |
| CO STK CONT | | | 150 | 18149 INS STD | 896 | 1964 |
| SUNDAY PREMIUM | | | 00 | 1050 INS LTD-HOURLY | 564 | 1236 |
| WRKDHRS | | 8093 | | 1295 INS MED U * | 12140 | 23788 |
| VAC HRS AVAIL | | 602 | | INS DEN U * | 625 | 1250 |
| SICK HRS AVAIL | | 2320 | | INS AD&D U * | 62 | 129 |
| | | | | SUP CAN * | 835 | 1670 |
| | | | | SUP ACC * | 948 | 1896 |
| | | | | PERS HRS AVAIL | 1523 | 00 |
| | | | | CO STK CONT | 150 | 1050 |
| | | | | STOCK  PURCH | 1000 | 7000 |
| | | | | CHECK  DEPOSIT | 63045 | 140125 |

92583   11436   18052   63045   63045
202768   26629   36014   140125   140125   01-05-2008   120067072   63045
01-18-2008

ANA C ADAMS

01WS

| DESCRIPTION | RATE | HOURS | EARNING | | | |
|---|---|---|---|---|---|---|
| | | | | XXXXXX7787 | FEDERAL TAX | 5188 | 5188 |
| | | | | | SOCIAL SECURITY | 7353 | 7353 |
| | | | | | ILLINOIS | 2652 | 2652 |
| REGULAR EARNING | 113500 | 7986 | 90641 | | INS LIFE | 442 | 442 |
| HOLIDAY PAY | 113500 | 1599 | 18149 | | INS DEP LIFE | 332 | 332 |
| CO STK CONT | | | 150 | | INS-STD+ | 175 | 175 |
| SUNDAY PREMIUM | 10000 | 1295 | 1295 | | INS STD | 1068 | 1068 |
| WRKDHRS | | 7986 | | | INS LTD-HOURLY | 672 | 672 |
| VAC HRS AVAIL | | 602 | | | INS MED U * | 11648 | 11648 |
| SICK HRS AVAIL | | 2133 | | | INS DEN U * | 625 | 625 |
| | | | | | INS AD&D U * | 67 | 67 |
| | | | | | SUP CAN * | 835 | 835 |
| | | | | | PERS HRS AVAIL | 1523 | 00 |
| | | | | | CONS OTH DEDUC | 1150 | 6900 |
| | | | | | CHECK DEPOSIT | 77080 | 77080 |

DEDUCTIONS REFLECT PARTIAL PREMIUMS FOR 2007 & 2008 COVERAGES.

| | | | | | |
|---|---|---|---|---|---|
| 110235 | 15193 | 17962 | 77080 | 12-22-2007 | |
| 110235 | 15193 | 17962 | 77080 | 01-04-2008 | 119402043 | 77080 |

---

SEQ: D051412

ANA C ADAMS

01WS

| DESCRIPTION | RATE | HOURS | EARNING | | | |
|---|---|---|---|---|---|---|
| | | | | XXXXXX7787 | FEDERAL TAX | 8574 | 108267 |
| | | | | | SOCIAL SECURITY | 5885 | 163955 |
| REGULAR EARNING | 113500 | 7992 | 90709 | | ILLINOIS | 2307 | 58515 |
| OVERTIME EARN | | 00 | | 218440 | INS LIFE | 473 | 5744 |
| STAR REF | | 00 | | 48975 | INS DEP LIFE | 347 | 4181 |
| SICK PAY | | 00 | | 544 | INS-STD+ | 175 | 2625 |
| VAC PAY | | 00 | | 35040 | INS STD | 880 | 12987 |
| HOLIDAY PAY | | 00 | | 36320 | INS LTD-HOURLY | 553 | 8165 |
| CO STK CONT | | 00 | | 26600 | INS MED U * | 11450 | 161936 |
| BEREAVEMENT | | 150 | | 750 | INS DEN U * | 625 | 8839 |
| SUNDAY PREMIUM | | 00 | | 17520 | INS AD&D U * | 69 | 838 |
| WRKDHRS | | 7992 | | 29847 | SUP CAN * | 835 | 10378 |
| VAC HRS AVAIL | | 602 | | | STAR * | 00 | 43022 |
| SICK HRS AVAIL | | 1912 | | | STAR ARR * | 00 | 1030 |
| | | | | | SUP ACC * | 948 | 11782 |
| | | | | | CONS OTH DEDUC | 2673 | 60541 |
| | | | | | CHECK DEPOSIT | 56588 | 1717192 |

| | | | | | |
|---|---|---|---|---|---|
| 90859 | 16766 | 17505 | 56588 | 12-08-2007 | |
| 2379997 | 330737 | 332068 | 1717192 | 12-21-2007 | 118738409 | 56588 |

---

SEQ: A037168

ANA C ADAMS

01WS

| DESCRIPTION | RATE | HOURS | EARNING | | | |
|---|---|---|---|---|---|---|
| | | | | XXXXXX7787 | FEDERAL TAX | 2530 | 99693 |
| | | | | | SOCIAL SECURITY | 5291 | 158070 |
| REGULAR EARNING | 113500 | 4000 | 45400 | | ILLINOIS | 1843 | 56208 |
| OVERTIME EARN | 170250 | 67 | 1141 | 209369 | INS LIFE | 00 | 5271 |
| STAR REF | | 00 | | 48975 | INS DEP LIFE | 00 | 3834 |
| SICK PAY | | 00 | | 544 | INS-STD+ | 175 | 2450 |
| VAC PAY | 113500 | 3200 | 36320 | 35040 | INS STD | 804 | 12107 |
| HOLIDAY PAY | | 00 | | 36320 | INS LTD-HOURLY | 505 | 7612 |
| CO STK CONT | | 00 | | 26600 | INS MED U * | 11450 | 150486 |
| BEREAVEMENT | | 150 | | 600 | INS DEN U * | 625 | 8214 |
| SUNDAY PREMIUM | | 00 | | 17520 | INS AD&D U * | 00 | 769 |
| WRKDHRS | | 4067 | | 29847 | SUP CAN * | 835 | 9543 |
| VAC HRS AVAIL | | 602 | | | STAR * | 00 | 43022 |
| SICK HRS AVAIL | | 1728 | | | STAR ARR * | 00 | 1030 |
| | | | | | CONS OTH DEDUC | 3621 | 70225 |
| | | | | | CHECK DEPOSIT | 56855 | 1660604 |

PREMIUM HOLIDAY-YOU PAY NO LIFE OR AD&D PREMIUM THIS PAYCHECK

| | | | | | |
|---|---|---|---|---|---|
| 83011 | 9664 | 16492 | 56855 | 11-24-2007 | |
| 2289138 | 313971 | 314563 | 1660604 | 12-07-2007 | 118036233 | 56855 |

ANA C ADAMS                                    01WS

| | | | | FEDERAL TAX | 1488 | 26610 |
| --- | --- | --- | --- | --- | --- | --- |
| | | | XXXXXX7787 | SOCIAL SECURITY | 4523 | 43814 |
| | | | | ILLINOIS | 1542 | 15562 |
| REGULAR EARNING | 113500 | 5625 | 63844 | 562903INS LIFE | 363 | 2620 |
| OVERTIME EARN | | | 00 | 40029INS DEP LIFE | 00 | 1655 |
| OVERTIME/INCT | | | 00 | 214INS-STD+ | 75 | 1075 |
| MY♦HARE INCT | | | 00 | 32634INS STD | 627 | 6403 |
| HOLIDAY PAY | | | 00 | 18149INS LTD-HOURLY | 395 | 4029 |
| CO STK CONT | | | 150 | 1800INS MED U * | 3600 | 71678 |
| SUNDAY PREMIUM | 10000 | 834 | 834 | 6191INS DEN U * | 300 | 3888 |
| WRKDHRS | | 5625 | | INS AD&D U * | 32 | 394 |
| VAC HRS AVAIL | | 602 | | SUP CAN * | 835 | 5845 |
| SICK HRS AVAIL | | 3147 | | SUP ACC * | 948 | 6636 |
| | | | | PERS HRS AVAIL | 1523 | 00 |
| | | | | CONS OTH DEDUC | 1303 | 14259 |
| | | | | CHECK DEPOSIT | 48797 | 462452 |

SAVE AN ADDITIONAL 10% ON EYEWEAR ALL YEAR AT WAL-MART & SAM'S
| 64828 | 7553 | 8478 | 48797 | 03-15-2008 | L23462486 | 48797 |
| --- | --- | --- | --- | --- | --- | --- |
| 661170 | 85986 | 112732 | 462452 | 03-28-2008 | DEPOSIT NO. | AMT OF DEPOSIT |

---

WAL ♦ MART

ANA C ADAMS                                    01WS

| | | | | FEDERAL TAX | 2472 | 25122 |
| --- | --- | --- | --- | --- | --- | --- |
| | | | XXXXXX7787 | SOCIAL SECURITY | 5274 | 39291 |
| | | | | ILLINOIS | 1837 | 14020 |
| REGULAR EARNING | 113500 | 4000 | 45400 | 499059INS LIFE | 363 | 2257 |
| OVERTIME EARN | | | 00 | 40029INS DEP LIFE | 147 | 1655 |
| OVERTIME/INCT | | 214 | | 214INS-STD+ | 125 | 1000 |
| MY♦HARE INCT | | 32634 | | 32634INS STD | 766 | 5776 |
| HOLIDAY PAY | | | 00 | 18149INS LTD-HOURLY | 482 | 3634 |
| CO STK CONT | | | 150 | 1650INS MED U * | 7870 | 68078 |
| SUNDAY PREMIUM | 10000 | 719 | 719 | 5357INS DEN U * | 463 | 3588 |
| WRKDHRS | | 4000 | | INS AD&D U * | 47 | 362 |
| VAC HRS AVAIL | | 602 | | SUP CAN * | 835 | 5010 |
| SICK HRS AVAIL | | 3017 | | SUP ACC * | 948 | 5688 |
| | | | | PERS HRS AVAIL | 1523 | 00 |
| | | | | CONS OTH DEDUC | 1303 | 12956 |
| | | | | CHECK DEPOSIT | 56185 | 413655 |

NOMINATE ASSOCIATES FOR AWARD FOR ETHICAL COURAGE ON THE WIRE
| 79117 | 9583 | 13349 | 56185 | 03-01-2008 | L22777733 | 56185 |
| --- | --- | --- | --- | --- | --- | --- |
| 596342 | 78433 | 104254 | 413655 | 03-14-2008 | DEPOSIT NO. | AMT OF DEPOSIT |

---

SED B116536

WAL ♦ MART

ANA C ADAMS                                    01WS

| DESCRIPTION | PAY | HOURS | EARNINGS | | THIS PERIOD | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | FEDERAL TAX | 3357 | 29967 |
| | | | XXXXXX7787 | SOCIAL SECURITY | 5952 | 49766 |
| | | | | ILLINOIS | 2103 | 17665 |
| REGULAR EARNING | 113500 | 6533 | 74150 | 637053INS LIFE | 363 | 2983 |
| OVERTIME EARN | 170250 | 08 | 136 | 40165INS DEP LIFE | 00 | 1655 |
| OVERTIME/INCT | | | 00 | 214INS-STD+ | 75 | 1150 |
| MY♦HARE INCT | | | 00 | 32634INS STD | 809 | 7212 |
| SICK PAY | 113500 | 800 | 9080 | 9080INS LTD-HOURLY | 509 | 4538 |
| HOLIDAY PAY | | | 00 | 18149INS MED U * | 3600 | 75278 |
| CO STK CONT | | | 150 | 150INS DEN U * | 300 | 4188 |
| SUNDAY PREMIUM | | | 00 | 6191INS AD&D U * | 32 | 426 |
| WRKDHRS | | 6541 | | SUP CAN * | 835 | 6680 |
| VAC HRS AVAIL | | 602 | | SUP ACC * | 948 | 7584 |
| SICK HRS AVAIL | | 2516 | | PERS HRS AVAIL | 1523 | 00 |
| | | | | CONS OTH DEDUC | 1303 | 1762 |
| | | | | CHECK DEPOSIT | 63330 | 525782 |

YTD STOCK PURCHASE DEDUCTIONS START OVER THIS CHECK
| 85516 | 11412 | 8774 | 63330 | 03-29-2008 | L24140756 | 63330 |
| --- | --- | --- | --- | --- | --- | --- |
| 796686 | 97398 | 121506 | 525782 | 04-11-2008 | DEPOSIT NO. | AMT OF DEPOSIT |

Form **8879**

Department of the Treasury
Internal Revenue Service

**IRS e-file Signature Authorization**

► Do not send to the IRS. This is not a tax return.
► Keep this form for your records. See instructions.

OMB No. 1545-0074

**2007**

Declaration Control Number (DCN)    00 - 365257 -    8

| Taxpayer's name | Social security number |
|---|---|
| ANA C ADAMS | 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 |
| Spouse's name | Spouse's social security number |

**Part I    Tax Return Information - Tax Year Ending December 31, 2007 (Whole Dollars Only)**

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 38; Form 1040A, line 22; Form 1040EZ, line 4) | 1 | 21,432. |
| 2 | Total tax (Form 1040, line 63; Form 1040A, line 37; Form 1040EZ, line 10) | 2 | 1,510. |
| 3 | Federal income tax withheld (Form 1040, line 64; Form 1040A, line 38; Form 1040EZ, line 7) | 3 | 1,083. |
| 4 | Refund (Form 1040, line 74a; Form 1040A, line 44a; Form 1040EZ, line 11a; Form 1040-SS, Part I, line 12a) | 4 | |
| 5 | Amount you owe (Form 1040, line 76; Form 1040A, line 46; Form 1040EZ, line 12) | 5 | 427. |

**Part II    Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)**

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2007, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from my electronic income tax return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) an indication of any refund offset, (c) the reason for any delay in processing the return or refund, and (d) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my Federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. I further understand that this authorization may apply to future Federal tax payments that I direct to be debited through the Electronic Federal Tax Payment System (EFTPS). In order for me to initiate future payments, I request that the IRS send me a personal identification number (PIN) to access EFTPS. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

[X] I authorize    HR BLOCK    to enter or generate my PIN    17787
                   ERO firm name                                do not enter all zeros
as my signature on my tax year 2007 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2007 electronically filed income tax return. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ►    COPY ONLY    Date ►  04/07/2008

**Spouse's PIN: check one box only**

[ ] I authorize    _____    to enter or generate my PIN    _____
                   ERO firm name                                do not enter all zeros
as my signature on my tax year 2007 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2007 electronically filed income tax return. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ►    COPY ONLY    Date ►  _____

**Practitioner PIN Method Returns Only - continue below**

**Part III    Certification and Authentication - Practitioner PIN Method Only**

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.

36525753327
do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the tax year 2007 electronically filed income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and **Publication 1345**, Handbook for Authorized IRS e-file Providers of Individual Income Tax Returns.

ERO's signature ►    J Connick    Date ►  04/07/2008

**ERO Must Retain This Form - See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

KBA    For Privacy Act and Paperwork Reduction Act Notice, see page 2 of form.

Form **8879** (2007)

8879(D) (2007)
Form Software Copyright 1996 - 2008 H&R Block Tax Services, Inc.    FD8879D-1V 1.0

Certificate Number: 00437-ILN-CC-004299973

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 25, 2008 _____, at 8:36 _____ o'clock AM MDT _____,

Ana Carolina Adams _____ received from

Black Hills Children's Ranch, Inc. _____,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois _____, an  individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared _____. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone _____.

Date: June 25, 2008 _____          By      /s/Juliana Tomek _____

                                          Name   Juliana Tomek _____

                                          Title   Credit Counselor _____

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 00437-ILN-CC-004299973

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 25, 2008 , at 8:36 o'clock AM MDT ,

Ana Carolina Adams received from

Black Hills Children's Ranch, Inc.

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone .

Date: June 25, 2008             By    /s/Juliana Tomek

                                Name  Juliana Tomek

                                Title  Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

United States Bankruptcy Court
Northern District of Illinois

IN RE:

Case No. _____

Adams, Ana C
_____
Debtor(s)

Chapter 7 _____

## DECLARATION REGARDING ELECTRONIC FILING
### Signed by Debtor(s) or Corporate Representative
### To Be Used When Filing over the Internet

PART I - DECLARATION OF PETITIONER
A. To be completed in all cases.

Date: 9/18/08

I(We) Ana C Adams _____ and _____ , the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I(we) have given my (our)attorney, including correct social security number(s) and the information provided in the electronically filed petition, statements, schedules, and if applicable, application to pay filing fee in installments, is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. sections 707(a) and 105.

B. To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

☑ I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

C. To be checked and applicable only if the petition is a corporation, partnership, or limited liability entity.

☐ I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Signature: _Ana C Adams_____

(Debtor or Corporate Officer, Partner or Member)

Signature: _____

(Joint Debtor)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only